UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

WILLIAM MICHAEL WINDSOR,

    Plaintiff,

v.                                           Case No. 5:24-cv-228-MMH-PRL

CARLA R. PEPPERMAN, et al.,

    Defendants.

## O R D E R

**THIS CAUSE** is before the Court sua sponte. On May 2, 2024, Plaintiff William Michael Windsor initiated this action by filing a Civil Action – Verified Complaint (Doc. 1) against Defendants Judge Carla R. Pepperman, Judge Emily Curington, and Gary Cooney. Upon review, the Court finds that Windsor improperly filed the Complaint in violation of an injunction which bars him from initiating a new lawsuit without prior leave of Court. Based on Windsor's lengthy history of "overly burdensome, vexatious, and frivolous litigiousness," the Injunction Order provides in pertinent part that:

> Plaintiff William M. Windsor . . . [is] PERMANENTLY ENJOINED from filing any complaint or initiating any proceeding, including any new lawsuit or administrative proceeding, in any court (state or federal) or agency in the United States without first obtaining leave of a federal district court in the district in which the new complaint or proceeding is to be filed. In seeking such leave, [Windsor] must present any such court with a copy of this Order.

See William M. Windsor v. James N. Hatten, No. 1:11-cv-1923-TWT, Doc. 226 (N.D. Ga. Feb. 12, 2018) (order modifying injunction) aff'd No. 18-11067 (11th Cir. Jan. 3, 2019) (affirming denial of additional modifications and noting that Windsor's appeal of the injunction itself was abandoned); see also Windsor v. Hatten, No. 22-12038, 2024 WL 278455, *1-2 (11th Cir. Jan. 25, 2024).

Here, Windsor has blatantly violated the terms of the injunction by filing the Complaint without first requesting and obtaining leave to do so. In addition, Windsor failed to present the Court with a copy of the Injunction Order as required. Accordingly, this case is due to be dismissed without prejudice. Although the Court declines to impose sanctions at this time, the Court **strongly cautions** Windsor that any future attempt to file a civil action in the Middle District of Florida without complying with the Injunction Order is highly likely to result in the imposition of sanctions.

Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED without prejudice.**

2. The Clerk of the Court is directed to terminate all pending motions and deadlines and close the file.

**DONE AND ORDERED** in Chambers this 8th day of August, 2024.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

lc11
Copies to:

Counsel of Record

Pro Se Parties

Honorable Thomas W. Thrash, Jr.
Senior United States District Judge
    Richard B. Russell Federal Building and United States Courthouse
    75 Ted Turner Drive SW, Room 2188
    Atlanta, GA 30303-3309